**Chelsea Glynn**, OSB No. 114004
Assistant County Counsel
chelsea_glynn@co.washington.or.us
Office of Washington County Counsel
155 N First Ave., Suite 340 – MS 24
Hillsboro, OR 97124-3072
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Washington County Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRAVIS S. RODRIGUES, | No. 3:12-cv-01673-BR |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT OF DISMISSAL |
| WASHINGTON COUNTY, ROB GORDON, Personally, SHAWNA HARDEN, Personally, JIM STEWART, Personally, DIANE DOTY, Personally, TAMI JARNPORT, Personally, | |
| Defendants. | |

Plaintiff, Travis S. Rodrigues, by and through his attorney, Leonard Berman, and Washington County Defendants, by and through their attorney, Chelsea Glynn, stipulate that

///

///

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

pursuant to negotiations a full and final settlement has been reached between the parties and all claims raised in this action have been settled. This Judgment reflects that settlement.

IT IS SO STIPULATED:

_____
Leonard Berman; OSB 96040
easyrabbi@yahoo.com
Attorney for Plaintiff

Date: 4-25-14

_____
Chelsea Glynn; OSB 114004
chelsea_glynn@co.washington.or.us
Attorney for
Washington County Defendants
Date: 4/28/2014

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The claims contained in plaintiff's complaint have been fully settled and shall be dismissed with prejudice;

2. No attorney fees, costs and disbursements shall be awarded to either party; and

3. A general judgment of dismissal with prejudice shall be entered of record herein.

DATED: May 8, 2014.

_____
ANNA J. BROWN
United States District Judge

Page 2 – STIPULATED JUDGMENT OF DISMISSAL